# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   October 8, 1999

| | |
|---|---|
| DIANA ORTIZ ANGLADA | |
| Plaintiff | |
| vs. | Civil 96-1875 (PG) |
| DR. H. ORTIZ PEREZ, et al | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, October 20, 1999,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                             Lida Isis Egelé
                                             Courtroom Deputy

s/c:   David Efrón
        José Miranda Daleccio

