# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                     Date:   December 15, 1999

| | |
|---|---|
| DIANA ORTIZ ANGLADA | * |
| Plaintiff | * |
| vs. | *   Civil 96-1875 (PG) |
| DR. H. ORTIZ PEREZ, et al | * |
| Defendants | * |

By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, January 22, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   David Efrón
       José Miranda Daleccio