# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**AMENDED MINUTES OF SETTING**　　　　　　Date:　December 20, 1999

| | |
|---|---|
| DIANA ORTIZ ANGLADA | |
| Plaintiff | |
| vs. | **Civil 96-1875 (PG)** |
| DR. H. ORTIZ PEREZ, et al | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, January 11, 2000**, at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:　David Efrón
　　　José Miranda Daleccio