UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. JUAN M. PEREZ-GIMENEZ**

MINUTES OF PROCEEDINGS                    DATE: January 11, 2000

CIVIL CASE NO.96-1875 (PG)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

==================================================================
Diana Ortíz-Anglada                 Attys: Alberto Pérez-Hernández
                                            Esq.

       Plaintiff
VS.

H. Ortíz-Perez, et al              Attys: José O'Neill, Esq.
    Defendant

Status Conference held. The parties were heard as to the status of this case. The Court grants the parties 90 days to conclude discovery including the taking of plaintiff's expert's and the taking of defendant's expert's deposition. Defense counsel is granted until March 10, 2000 to submit the expert witness report.

The Pretrial Conference is hereby scheduled for April 12, 2000 at 8:30 AM.

                                   COURTROOM DEPUTY CLERK

Parties to be notified.