**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 12, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 96-1875 (PG) |

========================================================================

| | |
|---|---|
| DIANA ORTIZ ANGLADA | Attorneys: David EFRON<br>Alberto PEREZ-HERNANDEZ |
| vs. | |
| H. ORTIZ PEREZ, et al | José MIRANDA DALECCIO |

========================================================================

PRETRIAL CONFERENCE held in chambers. The only deposition that hasn't been taken is that of plaintiff's expert, Dr. Nathanson. The parties have been discussing a possible settlement.

**Jury trial is set for June 26, 2000, at 2:00 P.M.**

_____
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record and Jury Clerk