IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*00 SEP 21 AM 8:59*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P.R.*

| | |
|---|---|
| Ortiz-Anglada vs. Ortiz-Pérez | CIV. NO. 96-1875 (PG) |
| Díaz-Colón vs. USA | 97-2539 |
| San Juan Star Co. vs. Casiano Communication | 98-1372 |
| Esposito vs. MTEL P.R. | 98-1599 |
| Torres-Jusino vs. Municipio de San Juan | 98-1974 |
| Rodríguez-Jusino vs. Zeta Enterprises | 99-1209 |
| USA vs. Comonwealth of Puerto Rico | 99-1435 |
| Peña-Peña vs. Hospital Niños San Jorge | 00-1157 |
| Cruz-Berríos vs. Acreditation Council | 00-1374 |
| Rivera-Concepción vs. USA | 00-1837 |

**MEMORANDUM OF THE CLERK**

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, these cases are reassigned to Judge García-Gregory.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 20th day of September, 2000.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

By    José M. Morales, Chief Deputy

(2)

