UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**              DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CIVIL 96-1875(JAG)

==================================================================

DIANA ORTIZ ANGLADA                     Attorneys:
                                        For Plaintiffs:

     VS
                                        For Defendant:
H. ORTIZ PEREZ


==================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **MONDAY, OCTOBER 23, 2000 at 4:30 PM.**

Parties to be notified


                                   _____
                                   By:   LILY ALICEA
                                         COURTROOM DEPUTY