UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-1875 (JAG)

DR. H. ORTIZ PEREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/18/00<br><br>**Title:** Motion to Reset Trial Date<br><br>**Docket(s):** 30<br><br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | This issue shall be discussed as part of the upcoming Status Conference on October 23, 2000. |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge