UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 23, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 96-1875 (JAG)**

===================================================================

DIANA ORTIZ ANGLADA                     Attorneys:
                                          For Plantiff:

        VS
                                          For Defendant:
H. ORTIZ-PEREZ, ET AL

===================================================================

By Order of the Court the status conference in the above-mentioned case scheduled for today is hereby rescheduled for **Wednesday, November 8, 2000 at 3:30 PM before Judge Garcia Gregory.**

   Parties to be notified.

                                    _____
                                       Lily Alicea-Courtroom Deputy