UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                                    DATE: NOVEMBER 8, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:   Lily **ALICEA**         CASE NO. CIVIL 96-1875(JAG)

================================================================

| | |
|---|---|
| DIANA ORTIZ ANGLADA | For Plaintiff: ALBERTO PEREZ HERNANDEZ DAVID EFRON |
| V | |
| H. ORTIZ PEREZ | For Defendant: JOSE O'NEILL FONT |

================================================================

Case called for status conference. Parties inform the Court that discovery has been completed and that case is ready to be set for jury trial.

Attorney for defendant informs that he will be filing shortly a motion to dismiss for lack of jurisdiction.

Court orders plaintiff to submit a written settlement demand. Plaintiff will be filing the same within seven days. Defendant has twenty days thereafter to reply to the same. The parties should file an informative motion as to the outcome of the settlement negotiations.

Thereafter defendant has ten days to file his motion to dismiss.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy