UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA

**Plaintiff(s)**

v.  CIVIL NUMBER: 96-1875 (JAG)

DR. H. ORTIZ PEREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/14/00<br>**Title:** Informative Motion and Request for Trial Setting<br>**Docket(s):** 36<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **NOTED.** The record reflects that defendant Ortiz-Pérez has filed a motion to dismiss. This filing, however, does not exonerate defendant from its duty to comply with this Court's orders. To the extent it has not done so already, the Court orders defendants to respond to the plaintiff's settlement demand by April 20, 2001. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


