

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA

   **Plaintiff(s)**

            v.                          **CIVIL NUMBER:** 96-1875 (JAG)

DR. H. ORTIZ PEREZ, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/02/01<br>**Title:** Motion Requesting Entry of Judgment<br>**Docket(s):** 43<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **DENIED.** See Docket #44. Plaintiff has filed an opposition to defendant's motion to dismiss. |

**Date:** April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

