IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA

**Plaintiff(s)**

v.                                         CIVIL NO.   96-1875 (JAG)

DR. H. ORTIZ PEREZ, CLINICA
GINECO QUIRURGICA, et al

**Defendant(s)**

---

**ORDER**

The Motion to Dismiss (Docket # 37) filed in this case is referred to Magistrate-Judge Justo Arenas for appropriate disposition.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge