IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA

**Plaintiff(s)**

v.                                                    CIVIL NO.   96-1875 (JAG)

HECTOR ORTIZ PEREZ, et al

**Defendant(s)**

---

## JUDGMENT

This Court has adopted in its entirety a Report and Recommendation by Magistrate-Judge Justo Arenas on defendants' Motion to Dismiss (Docket #37) and plaintiff's Opposition (Docket #41). The Court has also rejected plaintiffs' objections to the Report and Recommendation. Judgment is entered dismissing the Complaint for lack of subject matter jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September, 2001.

*[signature]*
JAY A. GARCIA-GREGORY
U.S. District Judge