IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIANA ORTIZ ANGLADA,

    Plaintiff,

v.                   CIVIL NO. 96-1875 (JAG)

HECTOR ORTIZ PEREZ, et al.,

    Defendants.

---

### PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Plaintiff, Diana Ortíz Anglada, through her undersigned counsel, hereby gives notice that she appeals this action to the United States Court of Appeals for the First Circuit. Specifically, plaintiff appeals from the Court's dismissal in favor of the defendants. The Court dismissed plaintiff's action in its September 19, 2001 Order, in which it adopted the Report and Recommendation of the assigned magistrate judge and denied plaintiff's objections thereto. The corresponding final judgment was entered on September 19, 2001.



Appeals Clerk
9/28/01



- 2 -

I HEREBY CERTIFY that a true and correct copy of this document has been served on this day via regular mail on the attorney of record for the defendants: Jose A. Miranda Daleccio, Esq., PO Box 9023998, San Juan, Puerto Rico 00902-3998.

In San Juan, Puerto Rico, this 28th day of September, 2001.

    Respectfully submitted,

    LAW OFFICES DAVID EFRON
    Attorneys for Plaintiff
    PO Box 29314
    San Juan, PR 00929-0314
    Tel.(787) 753-6455
    Fax (787) 758-5515

By: _____
    ALBERTO J. PEREZ HERNANDEZ
    USDC-PR NO. 125110